**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Estate of Harmon Bryan Poff, Deceased

Appellate case number:    01-19-00266-CV

Trial court case number:  2015-PR02569-2

Trial court:                      Probate Court No 2 of Tarrant County

Timothy E. Malone, as receiver has filed a motion to abate this appeal for sixty days to avoid the need for appellees to file a brief if appellant no longer desires to pursue the appeal. Briefs have been filed on behalf of all parties to the appeal and appellant has not indicated an intent to dismiss the appeal. Accordingly, the motion to abate is denied as moot.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                                        Acting individually


Date:  ___December 5, 2019__